## CONSENT TO REMOVAL

As evidenced by my signature below, I, Jennifer Rigdon, a named defendant in the petition filed on October 17, 2025 in Case No. CJ-2025-04798 styled *Samuel Avila and Lauren Avila, as Parent and Next Friends of K.A., a Minor Child vs. Collinsville Public Schools a/k/a Independent School District No. 6 of Tulsa County, Oklahoma, and Jennifer Rigdon, an individual*, District Court of Tulsa County, Oklahoma, do hereby consent to the removal of that action to the United States District Court for the Northern District of Oklahoma.

Dated this 31 day of January, 2026.

*/s/ Jennifer Rigdon*
Jennifer Rigdon

**EXHIBIT 5**